UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STIERWALT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASSOCIATED THIRD PARTY ADMINISTRATORS, et al.,<br><br>　　　　　Defendants. | Case No.  16-mc-80059-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　Petitioner Richard Stierwalt ("Stierwalt") filed this miscellaneous action on March 10, 2016.  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Camofi Master LDC v. Associated Third Party Administrators*, No. 3:16-cv-00855-EMC.

　　　**IT IS SO ORDERED.**

Dated: April 20, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge