1  Eric A. Handler, #224637
   ehandler@donahue.com
2  Jason M. Flom, #287904
   jflom@donahue.com
3  DONAHUE FITZGERALD LLP
   Attorneys at Law
4  1999 Harrison Street, 25th Floor
   Oakland, California  94612-3520
5  Telephone:      (510) 451-3300
   Facsimile:      (510) 451-1527
6
   Attorneys for Petitioner
7  RICHARD STIERWALT

8  DOWNEY BRAND LLP
   WILLIAM R. WARNE (Bar No. 141280)
9  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
10 Telephone: 916.444.1000
   Facsimile: 916.444.2100
11 bwarne@downeybrand.com

12 Attorneys for Third-party Claimants,
   CAMOFI MASTER LDC, and CAMHZN
13 MASTER LDC

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO

18

19 RICHARD STIERWALT,                      Case No.  3:16-mc-80059 EMC

20              Petitioner,                **STIPULATION;**

21      v.                                 **DECLARATION OF ERIC A. HANDLER
                                           RE SIGNATORY'S CONCURRENCE;**
22 ASSOCIATED THIRD PARTY
   ADMINISTRATORS AND UNITED              **[PROPOSED] ORDER RE TEMPORARY
23 BENEFITS & PENSION SERVICES,           RESTRAINING ORDER**
   INC.,
24                                         Petition Filed:      April 20, 2016
              Respondents.                 Dept.:               Courtroom 5, 17th Floor
25                                         Judge:               Hon. Edward M. Chen

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **STIPULATION**

Petitioner Richard Stierwalt ("**Stierwalt**") and third-party claimants Camofi Master LDC and Camhzn Master LDC ("**Claimants**" and together with Stierwalt, the "**Parties**"), by and through their respective attorneys of record, stipulate and agree as follows:

1.     Regarding Stierwalt's ex parte application filed in the above-captioned action (the "**Application**"; ECF Dkt. No. 3) seeking a temporary restraining order to enjoin the transfer or disposition of certain property (the "**Levied Property**") held by the United States Marshal Service for the Northern District of California (the "**Levying Officer**") pursuant to a levy in connection with a writ of execution issued in this action to Stierwalt, the Parties request that the Court issue an order, pursuant to California Code of Civil Procedure Section 720.380: (a) directing the Levying Officer to refrain from transferring or otherwise disposing of the Levied Property until the Court gives further instructions to the Levying Officer; and (b) requiring the Levying Officer to maintain possession of the Levied Property until the Levying Officer receives such instructions from the Court.

IT IS SO STIPULATED.

Dated: April 21, 2016                    DONAHUE FITZGERALD LLP


By: /s/ Eric A. Handler
    Eric A. Handler
    Attorneys for Petitioner
    RICHARD STIERWALT


Dated: April 21, 2016                    DOWNEY BRAND LLP


By: /s/ William R. Warne
    William R. Warne
    Attorneys for Third-party Claimants,
    CAMOFI MASTER LDC, and CAMHZN
    MASTER LDC

///

///

- 1 -

1

## DECLARATION OF ERIC A. HANDLER

2
I, Eric A. Handler, declare:

3
1.      I am a partner at Donahue Fitzgerald LLP, attorneys of record in the above-

4
captioned action for Petitioner Richard Stierwalt. I am admitted to practice law before this Court.

5
I have personal knowledge of the matters set forth herein and if called as a witness could and

6
would competently testify thereto.

7
2.      This Declaration is filed pursuant to Civil L.R. 5-1(i)(3) in support of the parties'

8
attached Stipulation (the "**Stipulation**").

9
3.      I have obtained concurrence in the parties' filing of the Stipulation in this action

10
from William R. Warne, one of the attorneys of record in this action for third-party claimants

11
Camofi Master LDC and Camhzn Master LDC, and Mr. Warne's electronic signature is given in

12
the Stipulation in accordance with his concurrence.

13
I declare under penalty of perjury that the foregoing is true and correct and that this

14
declaration has been executed on April 21, 2016 in Oakland, California.

15
/s/ Eric A. Handler
16
Eric A. Handler

17

18

## [PROPOSED] ORDER

19
The Court, having reviewed the attached Stipulation of petitioner Richard Stierwalt

20
("**Stierwalt**") and third-party claimants Camofi Master LDC and Camhzn Master LDC

21
("**Claimants**") requesting a temporary restraining order enjoining the transfer or disposition of

22
certain property (the "**Levied Property**") held by the United States Marshal Service for the

23
Northern District of California (the "**Levying Officer**") pursuant to a levy in connection with a

24
writ of execution issued in this action to Stierwalt, and for good cause, IT IS HEREBY

25
ORDERED THAT:

26
1.      The Levying Officer is directed to refrain from transferring or disposing of the

27
Levied Property until such time as the Court gives further instructions to the Levying Officer; and

28

1      2.      The Levying Officer shall maintain possession of the Levied Property until the

2  Court gives such further instructions to the Levying Officer.

3      IT IS SO ORDERED.

4

5      Dated:    April 21, 2016

6                                    Judge _____ Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



- 3 -