Eric A. Handler, #224637
ehandler@donahue.com
Jason M. Flom, #287904
jflom@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Petitioner
RICHARD STIERWALT

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
bwarne@downeybrand.com

Attorneys for Third-party Claimants,
CAMOFI MASTER LDC, and CAMHZN
MASTER LDC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| RICHARD STIERWALT,<br><br>Petitioner,<br><br>v.<br><br>ASSOCIATED THIRD PARTY ADMINISTRATORS AND UNITED BENEFITS & PENSION SERVICES, INC.,<br><br>Respondents. | Case No. 3:16-mc-80059 EMC<br><br>**STIPULATION RE CONTINUANCE OF HEARING ON PETITION;**<br><br>**DECLARATION OF ERIC A. HANDLER RE SIGNATORY'S CONCURRENCE;**<br><br>**[PRO~~POSED~~] ORDER RE CONTINUANCE OF HEARING ON PETITION**<br><br>Petition Filed: April 20, 2016<br>Scheduled Hrg: May 24, 2016<br>Proposed Hrg: May 31, 2016<br>Dept.: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

**STIPULATION**

2        Petitioner Richard Stierwalt ("**Stierwalt**") and third-party claimants Camofi Master LDC

3  and Camhzn Master LDC ("**Claimants**" and together with Stierwalt, the "**Parties**"), by and

4  through their respective attorneys of record, stipulate and agree as follows:

5        1.     That the currently-scheduled hearing date of May 24, 2016 be continued to May

6  31, 2016 (the "**Hearing**") to accommodate preexisting conflicts with the schedule of Claimants'

7  counsel;

8        2.     That the deadline for pre-Hearing filings be continued from May 3, 2016 to May

9  10, 2016; and

10       3.     That the Parties will exchange, via electronic mail by and between the Parties'

11  respective attorneys, all evidence they intend to submit with their pre-Hearing filings by 4:30 p.m.

12  on May 5, 2016.

13        IT IS SO STIPULATED.

14        Dated: May 2, 2016             DONAHUE FITZGERALD LLP

16                            By: /s/ Eric A. Handler

17                            Eric A. Handler
Attorneys for Petitioner
RICHARD STIERWALT

19        Dated: May 2, 2016             DOWNEY BRAND LLP

21                            By: /s/ William R. Warne

22                            William R. Warne
Attorneys for Third-party Claimants,
CAMOFI MASTER LDC, and CAMHZN
MASTER LDC

25  ///

26  ///

27  ///

28  ///

- 1 -

## DECLARATION OF ERIC A. HANDLER

I, Eric A. Handler, declare:

1.     I am a partner at Donahue Fitzgerald LLP, attorneys of record in the above-captioned action for Petitioner Richard Stierwalt. I am admitted to practice law before this Court. I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto.

2.     This Declaration is filed pursuant to Civil L.R. 5-1(i)(3) in support of the parties' attached Stipulation (the "**Stipulation**").

3.     I have obtained concurrence in the parties' filing of the Stipulation in this action from William R. Warne, one of the attorneys of record in this action for third-party claimants Camofi Master LDC and Camhzn Master LDC, and Mr. Warne's electronic signature is given in the Stipulation in accordance with his concurrence.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration has been executed on May 2, 2016 in Oakland, California.

/s/ Eric A. Handler
Eric A. Handler

///
///
///
///
///
///
///
///
///
///
///

- 2 -

# [PROPOSED] ORDER

The Court, having reviewed the attached Stipulation of petitioner Richard Stierwalt ("**Stierwalt**") and third-party claimants Camofi Master LDC and Camhzn Master LDC ("**Claimants**") requesting a continuance of the hearing date on Stierwalt's Petition from May 24, 2016 to May 31, 2016 and a continuance of the deadline for pre-hearing filings from May 3, 2016 to May 10, 2016, and for good cause, IT IS HEREBY ORDERED THAT:

    1.    The currently-scheduled hearing date of May 24, 2016 is continued to May 31, 2016 to accommodate preexisting conflicts with the schedule of Claimants' counsel;

    2.    The currently-scheduled deadline for pre-hearing filings is continued from May 3, 2016 to May 10, 2016;

    3.    The parties shall exchange among themselves all evidence they intend to submit with their pre-hearing filings by 4:30 p.m. on May 5, 2016.

IT IS SO ORDERED.

Dated:    5/2/2016



_____
Judge of the U...