UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STIERWALT, | Case No. 16-mc-80059-EMC |
| Plaintiff, | |
| v. | **ORDER RE JOINT LETTER OF MAY 20, 2016** |
| ASSOCIATED THIRD PARTY ADMINISTRATORS, et al., | Docket No. 20 |
| Defendants. | |

The parties have submitted a joint letter regarding two disputes related to CAMOFI/CAMHZN's third-party claim of security interest. Having considered the contents of that letter, the Court hereby rules as follows.

1. There shall be no live testimony at the hearing on the third-party claim.

2. The hearing is hereby rescheduled from May 31, 2016, to **June 10, 2016, at 10:00 a.m.** The Court, however, reserves the right to take the matter under submission without oral argument.

**IT IS SO ORDERED**.

Dated: May 23, 2016

_____
EDWARD M. CHEN
United States District Judge