DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
BRADLEY C. CARROLL (Bar No. 300658)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
bcarroll@downeybrand.com

Attorneys for Third-party Claimants
CAMOFI MASTER LDC and CAMHZN MASTER LDC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD STIERWALT,<br><br>Petitioner,<br><br>v.<br><br>ASSOCIATED THIRD PARTY ADMINISTRATORS AND UNITED BENEFITS AND PENSION SERVICES, INC.,<br><br>Respondents. | Case No. 3:16-mc-80059-EMC<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT AUGUST 4, 2016 HEARING ON ASSOCIATED THIRD PARTY ADMINISTRATOR'S MOTION TO ALTER, AMEND, AND/OR RECONSIDER JUDGMENT PURSUANT TO F.R.C.P. RULE 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM JUDGMENT PURSUANT TO F.R.C.P. RULE 60(b)(6)**<br><br>DATE: August 4, 2016<br>TIME: 1:30 p.m.<br>COURTROOM: Courtroom 5, 17th Floor<br>JUDGE: Hon. Edward M. Chen |

1451346.1

[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT

Counsel for Third-party Claimants CAMOFI MASTER LDC and CAMHZN MASTER LDC's request to appear telephonically at the August 4, 2016 hearing on Associated Third Party Administrator's Motion to Alter, Amend, and/or Reconsider Judgment Pursuant to F.R.C.P. Rule 59(e), or in the Alternative, for Relief from Judgment Pursuant to F.R.C.P. Rule 60(b)(6) is GRANTED.

IT IS SO ORDERED: The Court will call Bradley Carroll at (916) 444-1000 between 1:30 p.m. and 3:00 p.m.

Dated: 8/2/16

_____
Judge of U.S. District Court



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1451346.1

2

[PROPOSED] ORDER